SO ORDERED.
SIGNED 4th day of November, 2026

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Chapter 13 Proceeding** |
| **Joey Dane Nunley,** | ) | **Case No. 3:26-bk-02678** |
| | ) | **Charles M Walker, Judge** |
| | ) | |
| **Debtor.** | ) | |

**ORDER DENYING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

This cause was scheduled to be heard on the 4th day of November, 2026, upon the hearing on the Chapter 13 Trustee's Motion to Dismiss or in the Alternative Convert for Unreasonable Delay. Upon statements made in open Court, and the entire record herein, the Court finds that said Motions to Dismiss shall be **DENIED.**

Accordingly, it is so **ORDERED** that the Trustee's Motion to Dismiss Case is hereby denied, thereby allowing the above-referenced Chapter 13 case to continue.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY**
**AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

KERNEY LAW OFFICE

/S/ CHRISTOPHER M. KERNEY
Christopher M. Kerney, No. 020819
Attorney for Debtor
519 South Water Ave
Gallatin, Tennessee 37066
Phone: (615) 206-9900
Fax: (615) 451-0084
Email: chris@kerneylaw.com